# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**



FILED
IN OPEN COURT

JUN 1 2 2024

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.

KENSHAUN THOMPSON

*Defendant.*

Case No. 1:24-CR-137

Counts 1, 2, 3: 18 U.S.C. § 1708
(Theft of mail matter)

Count 4: 18 U.S.C. § 1704
(Unlawful possession of a mail key)

## INDICTMENT

June 2024 Term—at Alexandria, Virginia

COUNT ONE
(Possession of stolen mail matter)

THE GRAND JURY CHARGES THAT:

On or about October 24, 2023, within the Eastern District of Virginia, the defendant, KENSHAUN THOMPSON, did possess an item that had been stolen from a mail receptacle, knowing that such an item was stolen.

(In violation of Title 18, U.S. Code, Section 1708.)

## COUNT TWO
### (Possession of stolen mail matter)

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 25, 2023, within the Eastern District of Virginia, the defendant, KENSHAUN THOMPSON, did possess an item that had been stolen from a mail receptacle, knowing that such an item was stolen.

(In violation of Title 18, U.S. Code, Section 1708.)

## COUNT THREE
### (Possession of stolen mail matter)

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 26, 2023, within the Eastern District of Virginia, the defendant, KENSHAUN THOMPSON, did possess an item that had been stolen from a mail receptacle, knowing that such an item was stolen.

(In violation of Title 18, U.S. Code, Section 1708.)

COUNT FOUR
(Unlawful possession of a mail key)

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 27, 2023, within the Eastern District of Virginia, the defendant, KENSHAUN THOMPSON, did knowingly and unlawfully possess a mail key with the intent to unlawfully or improperly use the same.

(All in violation of Title 18, U.S. Code, Section 1704.)

A TRUE BILL

FOREPERSON

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

JESSICA D. ABER
United States Attorney

By: _____

Andrew N. Hiller
Special Assistant United States Attorney

Alessandra Serano
Assistant United States Attorney